WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY 10004
Tel. (212) 510-0500
By:    Daniel Rudewicz, Esq.
       Tara Tiantian, Esq.
       Trial Attorneys

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    Azul S.A., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 25-11176 (SHL)<br><br>(Jointly Administered) |

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title

11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on

the Official Committee of Unsecured Creditors of Azul S.A. and its affiliated debtors-in-possession:

1.    Airbus S.A.S.
      2 rond-point Dewoitine
      31700
      Blagnac, France
      Attention: Paul Meijers, EVP Commercial Transactions
      Tel:  +336 03 61 87 97
      paul.meijers@airbus.com

---

[1]    The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717). The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

2. DAE Holding (Ireland) Limited
   Central Quay
   Block B Riverside IV
   Sir John Rogerson's Quay
   D02 RR77, Dublin 2 Ireland
   Tel: +353 1 635 5000
   legal@dubaiaerospace.com

3. Sindicato Nacional dos Aeronautas (SNA)
   Brazil, Sao Paulo SP
   Renascenca Street 801/112
   Congonhas 04612-010
   Attention: Captain Tiago Rosa, President
   Tel: (55) 11 5090-5100
   Tiago.rosa@aeronautas.org.br

4. Sky High XXIII Leasing Company Limited
   and Sky High L Leasing Company Limited
   c/o ICBC International Leasing Company Limited
   2 Grand Canal Square, Grand Canal Harbor
   Dublin 2, Ireland
   Attention:  Peng Hou
   Tel: +353 87 3577230
   alexhou@ie.icbcleasing.com

5. U.S. Bank Trust Company, N.A.
   1025 Connecticut Avenue NW, Suite 510
   Washington, DC 20036
   Attention:  Dave Diaz, Vice President
   dav.diaz@usbank.com

6. Viasat, Inc.
   2501 Gateway Road
   Carlsbad, California 92008
   Attention:  Jeff Eddington, Associate General Counsel
   Tel: (760) 893-5165
   Jeff.eddington@viasat.com

7. Willis Lease Finance Corporation
   4700 Lyons Technology Parkway
   Coconut Creek, Florida 33073
   Attention:  Z. Cliffton Dameron IV, SVP & General Counsel
   Tel: (561) 349-8963
   cdameron@willislease.com

Dated: New York, New York
June 13, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: _/s/ Daniel Rudewicz_____
Daniel Rudewicz
Tara Tiantian
Trial Attorneys
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green, Suite 534
New York, NY 10004
Tel.: (212) 510-0500