Presentment Date:  **June 27, 2025 at 12:00 p.m. (ET)**
Objection Deadline:  **June 26, 2025 at 4:00 p.m. (ET)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Timothy Graulich
Stephen D. Piraino
Jarret Erickson (admitted *pro hac vice*)
Richard J. Steinberg

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AZUL S.A., *et al.*, | Case No. 25-11176 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN THE DEBTORS AND AERCAP IRELAND LIMITED APPROVING AN EXTENSION OF THE 30-DAY WAITING PERIOD APPLICABLE TO BRAZIL FOR INSOLVENCY-RELATED EVENTS UNDER THE UNDER THE CAPE TOWN CONVENTION TO THE EXTENT APPLICABLE

> **PLEASE TAKE NOTICE** that on May 28, 2025 (the "**Petition Date**"), Azul S.A. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition (the "**Chapter 11 Cases**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

---

[1]   The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, or employer identification, and Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717).  The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the *Stipulation and Order between the Debtors and AerCap Ireland Limited Approving an Extension of the 30-day Waiting Period Applicable to Brazil for Insolvency-Related Events under the Cape Town Convention to the Extent Applicable* (the "**Stipulation and Order**"), a copy of which is attached hereto as **Exhibit A**, to the Honorable Sean H. Lane, United States Bankruptcy Judge, for approval and signature, on **June 27, 2025 at 12:00 p.m.** (prevailing Eastern Time) (the "**Presentment Date**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to entry of the Stipulation and Order shall be: (a) in writing; (b) filed electronically with the Court no later than **June 26, 2025 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**"); and (c) served, in each case, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-sean-h-lane ), to the extent applicable.

**PLEASE TAKE FURTHER NOTICE** that, if no written objections are timely filed and served by the Objection Deadline, the Debtors shall submit the Stipulation and Order to the Court on the Presentment Date, which the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely and properly filed and served, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and any other document filed publicly in the above-captioned proceedings are available free of charge at https://cases.stretto.com/Azul.

*[Remainder of page intentionally left blank]*

Dated:  June 25, 2025
        New York, New York

DAVIS POLK & WARDWELL LLP

*/s/ Timothy Graulich*
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Timothy Graulich
Stephen D. Piraino
Jarret Erickson (admitted *pro hac vice*)
Richard J. Steinberg

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**Exhibit A**

**Stipulation and Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **AZUL S.A.,** *et al.*, | **Case No. 25-11176 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**STIPULATION AND ORDER BETWEEN THE DEBTORS AND AERCAP IRELAND
LIMITED APPROVING AN EXTENSION OF THE 30-DAY WAITING PERIOD
APPLICABLE TO BRAZIL FOR INSOLVENCY-RELATED EVENTS UNDER THE
CAPE TOWN CONVENTION TO THE EXTENT APPLICABLE**</u>

This stipulation (this "<u>Stipulation</u>") is entered into on the date hereof by and among the debtors in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") and each of the parties set forth on **Exhibit A** attached hereto (the "<u>AerCap Parties</u>" and, together with the Debtors, the "<u>Parties</u>").

1.      On May 28, 2025 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") commencing these cases (the "<u>Chapter 11 Cases</u>").   The Debtors are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717).   The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

2.      The Debtors and the AerCap Parties have engaged in good faith negotiations that would allow the Debtors to emerge from these Chapter 11 Cases with a restructured balance sheet and a right-sized and more cost-efficient fleet.  To that end, on May 27, 2025, the AerCap Parties entered into the Restructuring Support Agreement with the Debtors (as may be amended, supplemented, or modified from time to time, the "AerCap RSA").

3.      In consideration of the accommodations made by the AerCap Parties in the AerCap RSA, the Debtors agreed to, among other things, enter into a Cape Town Stipulation (as defined in the AerCap RSA) on the timeframe set forth in the AerCap RSA.  This Stipulation shall be deemed to be the "Cape Town Stipulation" under the AerCap RSA.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the Parties, intending to be legally bound, stipulate and agree as follows:

**AIRCRAFT EQUIPMENT AGREEMENTS**

4.      Pursuant to the aircraft and spare aircraft engine lease agreements (each, a "Lease") with the AerCap Parties (collectively with the operative documents (howsoever defined) related to each Lease and related Aircraft Equipment (as defined below), the "Aircraft Equipment Agreements"), and subject to the terms thereof, the Debtors have the right to continue to use the aircraft and spare aircraft engines listed in the Aircraft Equipment Agreements described on Exhibit A attached hereto (each, in the case of an aircraft engine lease, an "Aircraft Engine," and in the case of an aircraft lease, an "Aircraft," and together with all engines, airframes, appliances, and related parts and equipment, and all records, logs, and documents relating to an Aircraft, collectively, the "Aircraft Equipment") pursuant to and in accordance with the Aircraft Equipment Agreements and subject to the conditions set forth in this Stipulation.

2

## **WAITING PERIOD EXTENSION**

5.      Pursuant to the AerCap RSA and this Stipulation, the AerCap Parties have agreed to (a) extend the thirty (30) day waiting period (the "Waiting Period") applicable to Brazil for insolvency-related events under Alternative A and Article XI or in any similar provision under the Cape Town Convention on International Interests in Mobile Equipment and the Protocol thereto on Matters Specific to Aircraft Equipment, each as opened for signature on November 16, 2001 (collectively, the "Cape Town Convention"), to the extent any such provision of the Cape Town Convention applies in these Chapter 11 Cases, and (b) refrain from exercising remedies under the Aircraft Equipment Agreements, in each case until the termination of the AerCap RSA pursuant to Sections 11.01 or 11.02 of the AerCap RSA (each, an "Automatic Termination Event") (the period from the first day after the Waiting Period ends until an Automatic Termination Event occurs, the "Extension Period"); *provided* that the occurrence of any Automatic Termination Event shall not be deemed to shorten the 30-day Waiting Period (to the extent applicable).

6.      Upon the occurrence of an Automatic Termination Event, the AerCap Parties shall be permitted, without further order of this Court, to exercise any rights and remedies permitted under the Aircraft Equipment Agreements, the Cape Town Convention, including as provided in Article XI (to the extent applicable), or the Bankruptcy Code, by filing a notice of enforcement action with the Court no later than ten (10) days prior to the actual enforcement of such rights and remedies (the "Remedies Notice Period"), unless otherwise agreed by the AerCap Parties in writing, and the Debtors reserve the right to seek an emergency hearing (a "Remedies Hearing") within the Remedies Notice Period to dispute that an Automatic Termination Event has occurred and enjoin or otherwise prevent the exercise of any such rights and remedies by the AerCap Parties (in which case, the Remedies Notice Period shall automatically extend until the Court's

adjudication of such Remedies Hearing), and the AerCap Parties shall be deemed to consent to such Remedies Hearing while reserving all rights with respect to any such dispute. In addition to the rights and remedies under the Cape Town Convention (to the extent applicable), to the extent the Remedies Notice Period occurs on or after sixty (60) days from the Petition Date (the "365(d)(5) Period"), or any portion of the Remedies Notice Period extends into the 365(d)(5) Period, the Parties agree that section 365(d)(5) of the Bankruptcy Code shall be deemed to be applicable during such Remedies Notice Period (including any extension thereof) for any unexpired lease of personal property, and the AerCap Parties shall have the right to assert an administrative expense claim as permitted, and pursuant to, section 365(d)(5) of the Bankruptcy Code, subject to any defenses the Debtors, the Official Committee of Unsecured Creditors, or any other party-in-interest may assert to such claims. For any use of the Aircraft Equipment during the Remedies Notice Period that is prior to the 365(d)(5) Period, the AerCap Parties shall have the right to assert an administrative expense claim pursuant to section 503(b) of the Bankruptcy Code as permitted by the Bankruptcy Code, subject to any defenses the Debtors, the Official Committee of Unsecured Creditors, or any other party-in-interest may assert to such claims.

7.     Notwithstanding section 365(d) of the Bankruptcy Code, the terms of this Stipulation shall control during the Extension Period.

8.     The AerCap Parties hereto represent and warrant that they have full authority to enter into and perform under this Stipulation.

9.     The Parties agree and acknowledge that this Stipulation does not constitute an amendment of the Aircraft Equipment Agreements or an assumption by the Debtors of the Aircraft Equipment Agreements under section 365 of the Bankruptcy Code, and nothing contained herein shall be construed to constitute such an amendment or assumption of the Aircraft Equipment

Agreements.  The Debtors reserve all their respective rights with respect to the applicability of any provisions of the Cape Town Convention in these Chapter 11 Cases, and nothing herein shall be or be deemed a waiver or an admission by any Party as to any matters related to the applicability of the Cape Town Convention in these Chapter 11 Cases.

10.      This Stipulation does not constitute a waiver of or limit or affect any rights, remedies, or claims of the AerCap Parties under the Aircraft Equipment Agreements, the Cape Town Convention or the Bankruptcy Code, subject to all rights, defenses, and objections of the Debtors.  For the avoidance of doubt, unless subsequently agreed by the Parties in the AerCap Global Settlement Order (as defined in the RSA), nothing contained herein shall be deemed to waive or otherwise release the Debtors from their obligation to subsequently pay any maintenance reserves, utilization payments, supplemental rent or any end of lease obligations under the Aircraft Equipment Agreements that are due and owing during the Waiting Period, the Extension Period or the Remedies Notice Period (as may be extended) to the extent required by any Aircraft Equipment Agreement, and the AerCap Parties shall be entitled, upon the occurrence of an Automatic Termination Event, to assert an administrative expense claim for any such payments under the Aircraft Equipment Agreements that arose during the Waiting Period, the Extension Period or any Remedies Notice Period. The Debtors and any representative of the Debtors' estates reserve all defenses and rights with respect to the amount and nature of any claim and the allowability thereof (administrative or otherwise) asserted by the AerCap Parties.

11.      The Debtors and the AerCap Parties agree that this Stipulation does not affect any term or provision of the Aircraft Equipment Agreements or related agreements between the Parties and that the Parties hereto reserve all of their respective rights and remedies with respect thereto.

5

12.     This Stipulation and Exhibit A may be disclosed on an unredacted basis to (a) the U.S. Trustee, (b) counsel to the Official Committee of Unsecured Creditors on a confidential, professional-eyes-only basis, (c) Cleary Gottlieb Steen & Hamilton LLP, counsel to the lenders under the Debtors' debtor-in-possession financing facility on a confidential, professional-eyes-only basis, and (d) other parties-in-interest with the prior written consent of each of the Parties.

13.     This Stipulation is subject to and effective upon the final approval of the Court.

14.     The Debtors shall promptly cause this Stipulation to be presented to the Court for approval.

15.     This Stipulation may be executed in one or more counterparts, by electronic transmission or otherwise, each of which shall be deemed an original, and all of which, when taken together, shall constitute one and the same document.

16.     This Stipulation contains the entire agreement between the AerCap Parties and the Debtors as to the subject matter hereof, and all understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter hereof are fully and completely extinguished and superseded by this Stipulation.   This Stipulation shall not be altered, amended, modified, or otherwise changed, and the rights hereunder may not be waived, except by a writing dated subsequent to the date hereof and duly signed by each of the Parties.

17.     To the extent non-bankruptcy law governs any provision of this Stipulation, this Stipulation shall be interpreted, and the rights and duties of the Parties shall be determined, in accordance with the laws chosen by the Debtors and the AerCap Parties in the Aircraft Equipment Agreements.

18.     Unless otherwise specifically provided herein, all notices required or permitted by the terms of the Aircraft Equipment Agreements or this Stipulation shall be in writing, and any such notice shall become effective upon receipt by the addressee of such notice by certified mail, return receipt requested or overnight courier service to the following addresses:

(A)     If to the Debtors:

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Attn: Timothy Graulich and Jarret Erickson

-and-

WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Todd Wolynski

(B)     If to any AerCap Party:

PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Attn: Michael G. Burke and Andrew V. Alfano

(C)     If to proposed counsel to the Official Committee of Unsecured Creditors:

WILLKIE FARR & GALLAGER LLP
787 Seventh Avenue
New York, NY 10019
Attn: Brett H. Miller, Todd M. Goren, James H. Burbage and Joseph R. Brandt

19.     The Court shall retain jurisdiction for purposes of resolving any issues arising out of or relating to this Stipulation.

*[Remainder of page intentionally left blank]*

**STIPULATED AND AGREED TO BY:**

Dated:  New York, New York
        June 25, 2025

**DAVIS POLK & WARDWELL LLP**

By: */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Marshall S. Huebner
Timothy Graulich
Stephen D. Piraino
Jarret Erickson (admitted *pro hac vice*)
Richard J. Steinberg

*Proposed Counsel to the Debtors
and Debtors in Possession*

Dated:       New York, New York
             June 25, 2025

                                    **PILLSBURY WINTHROP SHAW PITTMAN
                                    LLP**


                                    By: */s/ Michael G. Burke*
                                        Michael G. Burke
                                        Andrew V. Alfano
                                        31 West 52nd Street
                                        New York, New York 10019
                                        Tel: (212) 858-1000
                                        Fax: (212) 416-7614
                                        michael.burke@pillsburylaw.com
                                        andrew.alfano@pillsburylaw.com

                                        *Counsel to AerCap Ireland Limited*


**So ordered** this ___ day of June 2025.


_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

**AerCap Parties**

The "AerCap Parties" consist of AerCap Ireland Limited, on behalf of itself and its subsidiaries, affiliates, owner trusts, assignees, or managed entities identified in the Aircraft Equipment Agreements set forth below.

**Aircraft Equipment Agreements[2]**

1.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7291 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7291 with two CFM Leap-1A26 engines.

2.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7354 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7354 with two CFM Leap-1A26 engines.

3.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7386 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7386 with two CFM Leap-1A26 engines.

4.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7494 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7494 with two CFM Leap-1A26 engines.

5.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7521 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7521 with two CFM Leap-1A26 engines.

6.  Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7828

---

[2] This Stipulation is intended to govern the Aircraft Equipment and the related agreements between the AerCap Parties and the Debtors in effect from time to time, which may be modified or supplemented by e-mail between the Debtors and AerCap Parties.

(Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7828 with two CFM Leap-1A26 engines.

7.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-7960 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 7960 with two CFM Leap-1A26 engines.

8.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8005 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8005 with two CFM Leap-1A26 engines.

9.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8679 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8679 with two CFM Leap-1A26 engines.

10.   Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8687 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8687 with two CFM Leap-1A26 engines.

11.   Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8700 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8700 with two CFM Leap-1A26 engines.

12.   Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8705 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8705 with two CFM Leap-1A26 engines.

13.   Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-8788 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8788 with two CFM Leap-1A26 engines.

14.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9062 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9062 with two CFM Leap-1A26 engines.

15.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9256 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9256 with two CFM Leap-1A26 engines.

16.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9362 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9362 with two CFM Leap-1A26 engines.

17.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9418 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9418 with two CFM Leap-1A26 engines.

18.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9426 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9426 with two CFM Leap-1A26 engines.

19.    Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-9431 (Ireland) Trust) in respect of one A320-200NEO aircraft bearing manufacturer's serial number 9431 with two CFM Leap-1A26 engines.

20.    Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 4 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7175 with two CFM Leap-1A26 engines.

21.    Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 4 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7323 with two CFM Leap-1A26 engines.

22.    Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 4 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7484 with two CFM Leap-1A26 engines.

23. Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 4 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7514 with two CFM Leap-1A26 engines.

24. Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 55 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7698 with two CFM Leap-1A26 engines.

25. Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 55 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7799 with two CFM Leap-1A26 engines.

26. Aircraft Lease Agreement dated February 21, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 55 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7854 with two CFM Leap-1A26 engines.

27. Aircraft Lease Agreement dated February 21, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 55 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 7856 with two CFM Leap-1A26 engines.

28. Aircraft Lease Agreement dated February 21, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as owner trustee under the Trust Agreement (GATS Trust 237) in respect of one A320-200N aircraft bearing manufacturer's serial number 7995 with two CFM Leap-1A26 engines.

29. Aircraft Lease Agreement dated April 26, 2019 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as owner trustee under the Trust Agreement (GATS Trust 239) in respect of one A320-200N aircraft bearing manufacturer's serial number 8084 with two CFM Leap-1A26 engines.

30. Aircraft Lease Agreement dated June 19, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 33 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 8297 with two CFM Leap-1A26 engines.

31. Aircraft Lease Agreement dated June 19, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 33 Limited in respect of one A320-200N aircraft bearing manufacturer's serial number 8340 with two CFM Leap-1A26 engines.

32. Aircraft Lease Agreement dated June 19, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 33 Limited in respect of one A321-200NX aircraft bearing manufacturer's serial number 9243 with two CFM Leap-1A32 engines.

33. Aircraft Lease Agreement dated September 15, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Trustee under the Trust Agreement (Aircraft 32A-12007 (Ireland) Trust) in respect of one A320-200N aircraft bearing manufacturer's serial number 12007 with two CFM Leap-1A32 engines.

34.    Aircraft Lease Agreement dated October 21, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 47 Limited in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8330 with two CFM Leap-1A26 engines.

35.    Aircraft Lease Agreement dated October 21, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Celestial Aviation Trading 47 Limited in respect of one A320-200NEO aircraft bearing manufacturer's serial number 8377 with two CFM Leap-1A26 engines.

36.    Aircraft Lease Agreement dated September 15, 2017 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020018 (Ireland) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020018 with two Pratt & Whitney PW1923G engines.

37.    Aircraft Lease Agreement dated September 15, 2017 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020021 (Ireland) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020021 with two Pratt & Whitney PW1923G engines.

38.    Aircraft Lease Agreement dated September 15, 2017 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020028 (Ireland) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020028 with two Pratt & Whitney PW1923G engines.

39.    Aircraft Lease Agreement dated November 12, 2012 between TRIP Linhas Aéreas S.A. and Celestial Aviation Trading 34 Limited in respect of one Embraer ERJ190-200IGW aircraft bearing manufacturer's serial number 19000590 with two CF34-10E7 engines.

40.    Aircraft Lease Agreement dated November 12, 2012 between TRIP Linhas Aéreas S.A. and Celestial Aviation Trading 34 Limited in respect of one Embraer ERJ190-200IGW aircraft bearing manufacturer's serial number 19000592 with two CF34-10E7 engines.

41.    Aircraft Lease Agreement dated February 25, 2013 between Azul Linhas Aéreas S.A. and Celestial Aviation Trading 45 Limited in respect of one Embraer ERJ190-200IGW aircraft bearing manufacturer's serial number 19000600 with two CF34-10E7 engines.

42.    Aircraft Lease Agreement dated July 14, 2014  between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft 33A-462 (Ireland) Trust) in respect of one Airbus A330-200 aircraft bearing manufacturer's serial number 462 with two Rolls Royce Trent 772B-60 engines.

43.    Aircraft Lease Agreement dated June 2, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft 33A-527 (Ireland) Trust) in respect of one Airbus A330-200 aircraft bearing manufacturer's serial number 527 with two Rolls Royce Trent 772B-60 engines.

44.  Aircraft Lease Agreement dated June 2, 2014 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft 33A-532 (Ireland) Trust) in respect of one Airbus A330-200 aircraft bearing manufacturer's serial number 532 with two Rolls Royce Trent 772B-60 engines.

45.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020020 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020020 with two Pratt & Whitney PW1923G engines.

46.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020025 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020025 with two Pratt & Whitney PW1923G engines.

47.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020032 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020032 with two Pratt & Whitney PW1923G engines.

48.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020033 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020033 with two Pratt & Whitney PW1923G engines.

49.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020034 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020034 with two Pratt & Whitney PW1923G engines.

50.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020035 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020035 with two Pratt & Whitney PW1923G engines.

51.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020079 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020079 with two Pratt & Whitney PW1923G engines.

52.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020081 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020081 with two Pratt & Whitney PW1923G engines.

53.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020083 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020083 with two Pratt & Whitney PW1923G engines.

54.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020089 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020089 with two Pratt & Whitney PW1923G engines.

55.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020091 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020091 with two Pratt & Whitney PW1923G engines.

56.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020132 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020132 with two Pratt & Whitney PW1923G engines.

57.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020136 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020136 with two Pratt & Whitney PW1923G engines.

58.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020141 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020141 with two Pratt & Whitney PW1923G engines.

59.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020145 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020145 with two Pratt & Whitney PW1923G engines.

60.     Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020148 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020148 with two Pratt & Whitney PW1923G engines.

61.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020073 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020073 with two Pratt & Whitney PW1923G engines.

62.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020160 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020160 with two Pratt & Whitney PW1923G engines.

63.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020157 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020157 with two Pratt & Whitney PW1923G engines.

64.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020162 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020162 with two Pratt & Whitney PW1923G engines.

65.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020164 (Utah) Trust) in respect of one Embraer E195-E2 aircraft bearing manufacturer's serial number 19020164 with two Pratt & Whitney PW1923G engines.

66.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020166 (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number 19020166 with two Pratt & Whitney PW1923G engines;

67.     Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020173 (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number 19020173 with two Pratt & Whitney PW1923G engines;

68.   Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020168 (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number 19020168 with two Pratt & Whitney PW1923G engines;

69.   Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E195-19020169 (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number 19020169 with two Pratt & Whitney PW1923G engines;

70.   Aircraft Lease Agreement dated July 29, 2024 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft 32A-2741 (Ireland) Trust) in respect of one A321-200F aircraft with manufacturer's serial number 2741 with two International Aero Engines V2533-A5 engines;

71.   Aircraft Lease Agreement dated July 29, 2024 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft 32A-2759 (Ireland) Trust) in respect of one A321-200F aircraft with manufacturer's serial number 2759 with two International Aero Engines V2533-A5 engines;

72.   Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-31X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

73.   Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-32X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

74.   Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-33X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

75.   Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-34X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

76.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-35X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

77.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-36X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

78.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-37X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

79.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-38X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

80.  Aircraft Lease Agreement dated October 31, 2018 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-39X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

81.  Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-43X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

82.  Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-45X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

83.  Aircraft Lease Agreement dated November 16, 2016 between Azul Linhas Aéreas Brasileiras S.A. and Bank of Utah, acting not in its individual capacity but solely as Owner Trustee under the Trust Agreement (Aircraft E19XE2-46X (Utah) Trust) in respect of one Embraer E195-E2 aircraft with manufacturer's serial number and two Engines to be identified in the Estoppel and Acceptance Certificate;

84.     Engine Lease Agreement dated November 21, 2023 between Azul Linhas Aéreas Brasileiras S.A. and Wilmington Trust SP Services (Dublin) Limited, acting not in its individual capacity but solely as Owner Trustee in respect of one General Electric CF34-10E6 engine with manufacturer's serial number 994120. The engine is leased under internal lessor Celestial Aviation Trading 100 Limited, with scheduled redelivery on November 20, 2025.

85.     Engine Lease Agreement dated March 1, 2024 between Azul Linhas Aéreas Brasileiras S.A. and UMB Bank, National Association, acting not in its individual capacity but solely as legal owner in respect of one General Electric CF34-10E6 engine with manufacturer's serial number 994626. The engine is leased under internal lessor Turbine Engines Securitization Ltd, with scheduled redelivery on September 30, 2025.

86.     Engine Lease Agreement dated December 11, 2023 between Azul Linhas Aéreas Brasileiras S.A. and Turbine Engines Securitization Ltd in respect of one General Electric CF34-10E7 engine with manufacturer's serial number 994354. The scheduled redelivery date is December 8, 2025.

87.     Engine Lease Agreement dated December 14, 2021 between Azul Linhas Aéreas Brasileiras S.A. and UMB Bank, National Association, acting not in its individual capacity but solely as legal owner in respect of one General Electric CF34-10E7 engine with manufacturer's serial number 994996. The engine is leased under internal lessor Turbine Engines Securitization Ltd, with scheduled redelivery on December 13, 2025.

88.     Global Framework Agreement dated as of December 31, 2024, between Azul Linhas Aéreas Brasileiras S.A., as lessee, the Company, as guarantor, Azul Investments LLP, as note issuer, Azul Secured Finance LLP, as exchangeable notes issuer, the entities identified therein as "Lessors", as lessors, Ballyfin Aviation II Limited, as investor, and AerCap Ireland Limited, as servicer.

89.     Side Letter Agreement dated as of December 31, 2024, between Azul Linhas Aéreas Brasileiras S.A., as lessee, the Company, as guarantor, the entities identified therein as "Lessors", as lessors, and Ballyfin Aviation II Limited, as investor.

90.     Side Letter Agreement No. 2 dated as of January 27, 2025, between Azul Linhas Aéreas Brasileiras S.A., as lessee, the Company, as guarantor, the entities identified therein as "Lessors", as lessors, and Ballyfin Aviation II Limited, as investor.

91.     Indenture dated as of December 23, 2024, between Azul Investments LLP, Azul Linhas Aéreas Brasileiras S.A. and the Company, as guarantors, and UMB Bank, National Association, as trustee, registrar, transfer agent and paying agent relating to the issuance of 7.500% senior notes due 2030 and all such 7.500% senior notes issued thereunder.

92.     Acknowledgement Agreement dated as of October 1, 2024, between Azul Investments LLP, as the Issuer, Azul S.A., as the Parent Guarantor, Azul Linhas Aéreas Brasileiras S.A., as the Lessee, and Ballyfin Aviation II Limited and AerCap Ireland Limited, as Lessors.