Douglas M. Foley (NY Bar No 4796900)
**Kaufman & Canoles, P.C.**
Two James Center
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5746
Facsimile: (888) 360-9092
Email: dmfoley@kaufcan.com

*Counsel to Airlines Reporting Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AZUL S.A.,** *et al.,* | ) | **Case No. 25-11176 (SHL)** |
| | ) | |
| **Debtors.**[1] | ) | **(Jointly Administered)** |

### RESERVATION OF RIGHTS

Airlines Reporting Corporation ("ARC"), by its undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights") with respect to the *Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 263, 364, 503, 506, 507, and 552, (A) Authorizing Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (B) Authorizing Debtors to Use Case Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition*

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP - Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717) (the "Debtors"). The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil

*Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing and (G) Granting Related Relief* [Docket No. 10] (the "DIP Motion") and *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Critical Airline Obligations, (II) Modifying the Automatic Stay, and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 19](the "Critical Airline Motion") (collectively, the "Motions") filed by Azul S.A., *et. al.* (collectively, the "Debtors" or "Azul") in connection with its chapter 11 bankruptcy cases.

The Debtors and ARC have reached an agreement preserving ARC's rights under its Carrier Services Agreement ("CSA") with the Debtors by (a) adding certain language to the final order approving the DIP Motion, and (b) inclusion of the CSA in any final order and exhibits approving the Critical Airline Motion. ARC has not had a chance to review the proposed final orders on the Motions, and therefore reserves its rights with respect thereto.

Dated: July 2, 2025                                      Respectfully submitted,

**AIRLINES REPORTING CORPORATION**

By: /s/ *Douglas M. Foley*
Douglas M. Foley (NY Bar No 4796900)
Kaufman & Canoles, P.C.
Two James Center
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5746
Facsimile: (888) 360-9092
Email: dmfoley@kaufcan.com
*Counsel to Airlines Reporting Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all creditors and parties in interest.

*/s/ Douglas M. Foley*
Douglas M. Foley (NY Bar No 4796900)
Kaufman & Canoles, P.C.
Two James Center
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone:  (804) 771-5746
Facsimile:   (888) 360-9092
Email:  dmfoley@kaufcan.com
*Counsel to Airlines Reporting Corporation*