DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Timothy Graulich
Joshua Y. Sturm
Jarret Erickson
Richard J. Steinberg

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AZUL S.A.,** *et al.,* | **Case No. 25-11176 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF CONTINUED HEARING TO CONSIDER CONFIRMATION
OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF
AZUL S.A. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on May 28, 2025, Azul S.A. and its direct and indirect subsidiaries (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE NOTICE** that, on December 10, 2025, the Debtors filed a second amended *Joint Chapter 11 Plan of Reorganization of Azul S.A. and its Debtor Affiliates* [ECF No. 1031] (including all appendices, exhibits, schedules, and supplements, and as altered, amended, supplemented, or otherwise modified from time to time in accordance therewith, the "**Plan**").

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717). The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2025, a hearing was held before the Court to consider confirmation of the Plan (the "**Confirmation Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will continue on **December 12, 2025, at 3:30 p.m. (prevailing Eastern Time)** (the "**Continued Confirmation Hearing**"), before the Honorable Sean H. Lane, and via Zoom for Government (Zoomgov). Parties wishing to appear at or attend the Continued Confirmation Hearing via Zoom (whether "live" or "listen only") should register their appearance at https://www.nysb.uscourts.gov/ecourt-appearances as promptly as practicable. Parties who register their appearance will receive an invitation from the Court with a Zoom link allowing them to attend the Continued Confirmation Hearing.

[*Remainder of page intentionally left blank*]

Dated: December 11, 2025
New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By:  /s/ *Timothy Graulich*
                                450 Lexington Avenue
                                New York, NY 10017
                                Tel.: (212) 450-4000
                                Timothy Graulich
                                Joshua Y. Sturm
                                Jarret Erickson
                                Richard J. Steinberg

                                *Counsel to the Debtors*
                                *and Debtors in Possession*