UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| AZUL S.A., *et al.*, | Case No. 25-11176 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF
TODD K. WOLYNSKI IN FURTHER SUPPORT OF
APPLICATION OF THE DEBTORS PURSUANT TO
11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014 AND 2016
AUTHORIZING THE DEBTORS TO RETAIN WHITE & CASE LLP
AS SPECIAL COUNSEL EFFECTIVE AS OF THE PETITION DATE**

I, Todd K. Wolynski, hereby declare as follows:

1. I am a partner of the law firm of White & Case LLP ("**White & Case**"), an international law firm, which maintains offices for the practice of law at, among other locations, 1221 Avenue of the Americas, New York, New York 10020. I am a member in good standing of the bar of the state of New York and I have been admitted to practice in that state. There are no disciplinary proceedings pending against me.

2. On June 25, 2025, I submitted a declaration (the "**Original Declaration**") in support of the *Application of the Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Debtors to Retain White & Case LLP as Special Counsel Effective*

---

[1] The debtors and debtors in possession in the chapter 11 cases, along with the last four digits of their respective tax, employer identification, or Delaware file numbers (as applicable), are as follows: Azul S.A. (CNPJ: 5.994); Azul Linhas Aéreas Brasileiras S.A. (CNPJ: 6.295); IntelAzul S.A. (CNPJ: 8.624); ATS Viagens e Turismo Ltda. (CNPJ: 3.213); Azul Secured Finance II LLP (EIN: 2619); Azul Secured Finance LLP (EIN: 9978); Canela Investments (EIN: 4987); Azul Investments LLP (EIN: 2977); Azul Finance LLC (EIN: 2283); Azul Finance 2 LLC (EIN: 4898); Blue Sabia LLC (EIN: 4187); Azul SOL LLC (EIN: 0525); Azul Saira LLC (EIN: 8801); Azul Conecta Ltda. (CNPJ: 3.318); Cruzeiro Participações S.A. (CNPJ: 7.497); ATSVP – Viagens Portugal, Unipessoal LDA. (NIF: 2968); Azul IP Cayman Holdco Ltd. (N/A); Azul IP Cayman Ltd. (N/A); Canela Turbo Three LLC (EIN: 4043); and Canela 336 LLC (Del. File No.: 6717). The Debtors' corporate headquarters is located at Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 8º floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, 06460-040, Barueri, São Paulo, Brazil.

*as of the Petition Date* [Docket No. 114] (the "**Application**").[2] On July 7, 2025, I submitted a supplemental declaration in further support of the Application [Docket No. 145] (the "**First Supplemental Declaration**"). The terms of the Original Declaration and First Supplemental Declaration are incorporated by reference as if fully set forth herein.

3. On July 16, 2025, the Court entered an order granting the Application [Docket No. 225] (the "**Retention Order**").

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

5. I submit this declaration (the "**Second Supplemental Declaration**") on behalf of White & Case in further support of the Application and to provide notice of an increase in hourly rates as required by the Retention Order.

6. As disclosed in my Original Declaration, for 2025, the hourly rates charged by White & Case in its U.S. offices range from $1,690 to $2,500 per hour for partners, $1,630 per hour for counsel, $870 to $1,580 per hour for associates, and $355 to $700 per hour for paraprofessionals (the "**2025 Rates**").

7. Effective on January 1, 2026, the hourly rates charged by White & Case in its U.S. offices will range from $1,840 to $2,700 for partners, $1,790 for counsel, $940 to $1,710 for associates, and $365 to $745 for paraprofessionals (the "**2026 Rates**").

8. As set forth in my Original Declaration with respect to the 2025 Rates, White & Case's hourly rates are subject to adjustment in the normal course of the Firm's business. The 2026 Rates will be White & Case's standard rates in its U.S. offices. The 2026 Rates are set at a level

---

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Application.

[3] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

2

designed to fairly compensate White & Case for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. It is White & Case's normal course of business to consider economic and other conditions. I submit that White & Case's 2026 Rates are consistent with the rates charged by other firms rendering comparable services.

9. I confirm that Whtie & Case's client has consented to the rate increase.

10. In accordance with section 330(a)(3)(F) of the Bankruptcy Code, I submit that the 2026 Rates, for the reasons set forth above, are reasonable based on the customary compensation charged by practitioners of comparable seniority, distinction, skill, and expertise in cases other than cases under the Bankruptcy Code, reflect economic and other conditions, and are consistent with rates charged by peer law firms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2025

/s/ *Todd K. Wolynski*
Todd K. Wolynski
White & Case LLP